J. BEIER THEURER, *ET AL.*, PLAINTIFFS-RESPONDENTS, AND WILLIAM L. PHELPS, *ET AL.*, INTERVENERS-RESPONDENTS AND CROSS-APPELLANTS, v. ANTHONY L. ROMANO, STEPHEN CAPPIELLO AND WALTER HAVENS, MEMBERS OF THE POLICE DEPARTMENT OF THE CITY OF HOBOKEN, DEFENDANTS-APPELLANTS AND CROSS-RESPONDENTS.

Superior Court of New Jersey
Appellate Division

Argued October 13, 1964—Decided October 19, 1964.

Before Judges CONFORD, KILKENNY and LEWIS.

*Mr. Thomas P. Calligy* argued the cause for appellants.

*Mr. Daniel F. Gilmore,* Assistant Hudson County Counsel, argued the cause for plaintiffs-respondents (*Mr. William F. Kelly, Jr.,* Hudson County Counsel, attorney).

*Mr. William Gottlieb* argued the cause for respondents (*Mr. E. Norman Wilson,* City Attorney, filed a statement in lieu of brief for City of Hoboken; *Mr. Otmar J. Pellet,* of counsel).

*Mr. James D. Checki, Jr.* argued the cause for interveners-respondents and cross-appellants.

PER CURIAM. The judgment of the Law Division is affirmed for the reasons stated in the opinion of Judge Artaserse, *Theurer v. Borrone,* 81 *N. J. Super.* 188 (*Law Div.* 1963).

On the cross-appeal of the intervening taxpayers concerning assessment of costs, the order of the trial judge is affirmed, there being no showing of mistaken exercise of discretion in relation to the determination thereon.

No costs on the cross-appeal. Costs on the main appeal to go as of course.